UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Samantha Boardman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11950-DRH |
| *Ashley Brown v. Bayer Corporation, et al.* | No. 12-cv-10692-DRH |
| *Ashley Chandler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10532-DRH |
| *Carla Damico v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12967-DRH |
| *Krislyn Gervais v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10828-DRH |
| *Rachel Kuznair v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13325-DRH |
| *Mary Jo Loos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12041-DRH |
| *A.P. (a minor), by and through her Next Friend, Philip Penzel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10721-DRH |
| *Glorianne Perry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10259-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 25, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                        **JUSTINE FLANAGAN,**
                        **ACTING CLERK OF COURT**

                        **BY:** __/s/*Caitlin Fischer*__
                                  **Deputy Clerk**

Date: September 25, 2014

Digitally signed by David R. Herndon
Date: 2014.09.25 23:50:37 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT